ACCEPTED
01-14-00107-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 1:25:40 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00107-CR

### IN THE

### COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/10/2015 1:25:40 PM

CHRISTOPHER A. PRINE
Clerk

### FIRST DISTRICT OF TEXAS

### HOUSTON, TEXAS

| | | |
|---|---|---|
| FREDERICK MANUEL | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

### APPEAL FROM THE 331ST JUDICIAL DISTRICT COURT

### TRAVIS COUNTY, TEXAS

### CAUSE NO. D1-DC-13-904096

### <u>STATE'S FIRST MOTION FOR EXTENSION OF TIME</u>

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a)     Following his conviction for Murder, the appellant filed his notice of appeal in the above cause on December 9, 2013.  Appellant's counsel filed a brief on May 13, 2015.

1

(c)     The State's brief is currently due on **June 12, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **none**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. The undersigned attorney is responsible for preparing the State's brief in two other pending appellate cases, (i.e., *Martin Lopez Montejo v. State of Texas,* No. 03-14-00193-CR; and *John Joseph Vasquez v. State of Texas,* No. 03-15-00067-CR and 03-15-00089-CR).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **July 13, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney
State Bar No. 24043661
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Matthew.Foye@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 228 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of June, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Ken Mahaffey, Attorney at Law, P.O. Box 684585, Austin, Texas 78768, [Ken_Mahaffey@yahoo.com].

*/s/ Matthew Foye*
Matthew Foye
Assistant District Attorney